IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EASOP WINSTON,<br><br>        Plaintiff,<br><br>    v.<br><br>SARA LEE CORPORATION, et al.,<br><br>        Defendants. | Case No.: C12-0948 JSC<br><br>**ORDER RE: DEFENDANTS' RELATED CASE NOTICE (DKT. NO. 4)** |

    Now pending before the Court is Defendants' Notice of Related Case pursuant to Civil Local Rule 3-12. Defendants contend that this newly-filed action is related to <u>Cathcart v. Sara Lee Corporation</u>, 09-5748 MMC, currently pending in this District.

    Rule 3-12(b) provides that "[w]henever a party knows or learns that an action, filed or removed to district is (or the party believes that the action may be) related to an action which is or was pending in this District . . . the party must promptly file in the earliest-filed case an Administrative Motion to Consider Whether Cases Should be Related." While Defendants filed a purported Rule 3-12 "Notice" before this Court, they have not filed an administrative motion to relate in the earliest-filed case, 09-5748 MMC. Accordingly, if Defendants wish to contend that this action should be related to 09-5748 MMC pursuant to Local Rule 3-12, they

shall file the required administrative motion in the earliest-filed case, 09-5748 MMC, on or before March 13, 2012.

**IT IS SO ORDERED.**

Dated: March 8, 2012

                                                                     _____
                                                                     JACQUELINE SCOTT CORLEY
                                                                     UNITED STATES MAGISTRATE JUDGE